Sydney Phillips
WSBA # 54295
c/o Freedom Foundation
PO Box 552
Olympia, WA, 98507
SPhillips@freedomfoundation.com
360-956-3482

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

SLIDEWATERS LLC,

        Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES, and GOVERNOR JAY INSLEE, in his official capacity,

        Defendants.

No. 2:20-cv-00210

**DECLARATION OF SYDNEY PHILLIPS ISO MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Sydney Phillips, hereby declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct:

1. I am litigation counsel at the Freedom Foundation ("Foundation"), a not-for-profit organization in the State of Washington and attorney of record for the Plaintiffs in the above-captioned case.

2. On June 3, I notified the Attorney General's office that our client would be seeking a TRO on Thursday, June 4. I sent a letter via email to the email address associated with Attorney General Bob Ferguson. I additionally sent this letter to the Office of the Attorney General via USPS, on June 3, 2020. Attached hereto as **Exhibit A** is a true and correct copy of the letter sent. Attached

No. 2:20-cv-00210
DECLARATION         1

P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

hereto as **Exhibit B** is a true and correct copy of the email sent to the email address associated with Attorney General Bob Ferguson.

3. On June 3, I notified the Washington State Department of Labor and Industries that our client would be seeking a TRO on Thursday, June 4. I sent via email letter, **Ex. A**, to the email addresses associated with Labor and Industries Director Joel Sacks and Acting HR Executive Heather Normoyle. I additionally sent this letter to the Office of the Washington State Department of Labor and Industries via USPS on June 3, 2020. Attached hereto as **Exhibit C** is a true and correct copy of the email sent to Mr. Sack and Ms. Normoyle.

4. On June 3, I also notified Governor Inslee's Office that our client would be seeking a TRO on Thursday, June 4. I sent via an online email portal from the Governor's website the letter, **Ex. A**. Attached hereto as **Exhibit D** is a true and correct copy of the email received acknowledging successful transmission of the letter to Governor Inslee's office via the online email portal. I additionally sent this letter to the Office of Governor Inslee via USPS on June 3, 2020.

Signed this 8th day of June, 2020, at Olympia, Washington.

_____
SYDNEY PHILLIPS

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on June 8, 2020, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system, which will send notification of such filing to all counsel/ |
| 4 | parties of record. I hereby certify that no other parties are to receive notice. |

Dated: June 8, 2020.

By: _____
Sydney Phillips
c/o Freedom Foundation
P.O. Box 552 Olympia, WA 98507
p. 360.956.3482 f. 360.352.1874
sphillips@freedomfoundation.com

No. 2:20-cv-00210
DECLARATION
3
P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

# APPENDIX A



*Our mission is to advance individual liberty, free enterprise, and limited, accountable government.*

June 3, 2020

Governor Jay Inslee
Office of the Governor
416 14th Avenue SW
Olympia, WA 98504

Joel Sacks, Director
Heather Normoyle, Assistant Director of Human Resources
Washington State Dept. of Labor & Industries
7273 Linderson Way SW
Tumwater, WA 98501-5414

Robert Ferguson
Office of the Attorney General
1125 Washington Street SE
Olympia, WA 98501

To whom it may concern,

    This letter is to notify you that Slidewaters LLC is filing a complaint and temporary restraining order against Governor Inslee and the Washington State Department of Labor and Industries in Chelan County Superior Court on Thursday, June 4, 2020. This letter will also be sent via USPS.

    Service of the Complaint, Motion for Temporary Restraining Order, and adjoining documents shall also be served tomorrow, June 4, 2020, following filing. Courtesy copies will also be sent via email.

    Sincerely,

*Sydney Phillips*
_____
Sydney Phillips, WSBA #54295
c/o Freedom Foundation
PO Box 552
Olympia, WA 98507

# APPENDIX B

# Sydney Phillips

| | |
|---|---|
| **From:** | Sydney Phillips |
| **Sent:** | Wednesday, June 3, 2020 5:09 PM |
| **To:** | judyg@atg.wa.gov |
| **Cc:** | Robert Bouvatte |
| **Subject:** | Notice of TRO against Governor Inslee and Department of Labor and Industries - Chelan County June 4, 2020 |
| **Attachments:** | 2020-06-03 Notice re Lawsuit.docx |

To whom it may concern,

    The attached letter is to notify you that Slidewaters LLC is filing a complaint and temporary restraining order against Governor Inslee and the Washington State Department of Labor and Industries in Chelan County Superior Court on Thursday, June 4, 2020. This letter will also be sent via USPS.

    Service of the Complaint, Motion for Temporary Restraining Order, and adjoining documents shall also be served tomorrow, June 4, 2020, following filing. Courtesy copies will also be sent via email.

Sincerely,

—

**Sydney Phillips**
Litigation Counsel | Freedom Foundation

sphillips@freedomfoundation.com
360.956.3482 | PO Box 552 Olympia, WA 98507
FreedomFoundation.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may be protected by the attorney/client or work-product privilege.  If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error and then delete the message.  Thank you.

1

# APPENDIX C

# Sydney Phillips

| | |
|---|---|
| **From:** | Sydney Phillips |
| **Sent:** | Wednesday, June 3, 2020 5:07 PM |
| **To:** | Sacj235@lni.wa.gov; heather.normoyle@lni.wa.gov |
| **Cc:** | Robert Bouvatte |
| **Subject:** | Notice of TRO against Labor and Industries - Chelan County June 4, 2020 |
| **Attachments:** | 2020-06-03 Notice re Lawsuit.docx |

To whom it may concern,

    The attached letter is to notify you that Slidewaters LLC is filing a complaint and temporary restraining order against Governor Inslee and the Washington State Department of Labor and Industries in Chelan County Superior Court on Thursday, June 4, 2020. This letter will also be sent via USPS.

    Service of the Complaint, Motion for Temporary Restraining Order, and adjoining documents shall also be served tomorrow, June 4, 2020, following filing. Courtesy copies will also be sent via email.

Sincerely,

—

**Sydney Phillips**
Litigation Counsel | Freedom Foundation

sphillips@freedomfoundation.com
360.956.3482 | PO Box 552 Olympia, WA 98507
FreedomFoundation.com


****************************************
This message may be protected by the attorney/client or work-product privilege.  If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error and then delete the message.  Thank you.

1

# APPENDIX D

# Sydney Phillips

| | |
|---|---|
| **From:** | Office of Governor Inslee <govoutbound@iq.governor.wa.gov> |
| **Sent:** | Wednesday, June 3, 2020 5:11 PM |
| **To:** | Sydney Phillips |
| **Subject:** | Re: Legal/Crime/Law Enforcement |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you for contacting Governor Inslee. We have received your comments and appreciate that you have taken the time to share your thoughts with our office.

Communicating with the Governor is an important way to help shape our state's policies and priorities. We all benefit from the input of interested individuals like you. Although the volume of contacts we receive does not permit a specific response to every email, please know that all comments are read and shared with internal staff and agencies as appropriate.

If you are experiencing problems with a state agency, our office will send a referral to the headquarters office on your behalf and ask that agency staff respond to you directly.

If you are contacting us about an issue that is outside of the Governor's jurisdiction, we will follow up with you and provide appropriate contact information and other resources as available.

Again, thank you for reaching out to Governor Inslee.

Sincerely,


Constituent Services
Office of Governor Jay Inslee